IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Alfie Carter,** | ) |
| Plaintiff, | ) ) ) |
| **vs.** | ) )   Case No.  20-2093-DDC-KGG ) |
| **Union Pacific Railroad Co.,** | ) ) ) ) |
| Defendant. | |

## NOTICE OF VIDEOTAPED DEPOSITION

Please take notice that pursuant to Fed. R. Civ. P. 30(b)(1), Defendant Union Pacific Railroad Company will take the videotaped deposition of Dr. William S. Rosenberg via Zoom Video Conferencing on Friday, April 30, 2021 at 1:00 p.m. CST.

The oral videotaped deposition will be taken before a court reporter or other person duly authorized to administer oaths, will be recorded by videography and stenographic means, and will continue from day to day until completed.  The deposition will be recorded by Alaris Court Reporters.

Respectfully submitted this 7th day of April 2021,

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

*/s/ Robert L. Ortbals, Jr.*
Robert L. Ortbals, Jr.  #78098
7733 Forsyth Blvd., Suite 1325
St. Louis, Missouri 63105
Telephone: (314) 925-7270
Facsimile: (314) 925-7278
rortbals@constangy.com

Virginia L. Woodfork, #78867
600 17th Street, Ste. 2700-S
Denver, CO 80202
Telephone: 720.343.7572

7369231v.1

Facsimile: 720.343.7573
vwoodfork@constangy.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 7th day of April, 2021, the foregoing was filed with CM/ECF system and served via electronic mail in PDF format, on the following:

Dr. William S. Rosenberg wsrosenberg@gmail.com

**Deponent**

Nicholas J. Dudley ndudley@hdtriallawyers.com

EmmaLee A. Wilson ewilson@hdtriallawyers.com

**Attorneys for Plaintiff**

*/s/ Robert L. Ortbals, Jr.*
Attorney for Defendant
