# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**ALFIE CARTER,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 20-2093-DDC

**UNION PACIFIC RAILROAD COMPANY,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐　　Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒　　Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff Alfie Carter recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 68) filed on June 3, 2022.**

  06/03/2022　　　　　　　　　　　　　　　　　SKYLER B. O'HARA
    Date　　　　　　　　　　　　　　　　　　　CLERK OF THE DISTRICT COURT

                 by:　  s/ Megan Garrett
                   Deputy Clerk